**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  07 B 71190 |
| | ) | |
| **MICHELLE R. KENT** | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE MANUEL BARBOSA |

### AMENDED NOTICE OF HEARING

To:   Clerk of the U.S. Bankruptcy Court, 211 S. Court, Street, Rockford, IL 61101
See attached Service List

**PLEASE TAKE NOTICE** that on the 6<u>TH</u> day of January, 2010 at 9:30 a.m. I shall appear before the Honorable Judge Manuel Barbosa, 211 S. Court Street, Rockford, Illinois, 61101, and shall than and there present the previously sent **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**   at which time you may appear if you so desire.

*/s/    Bradley J. Waller*
**Bankruptcy Trustee**

**PROOF OF SERVICE**

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) | ss |
| **COUNTY OF DEKALB** | ) | |

The undersigned, being first duly sworn on oath depose and state that I served the above and foregoing Notice upon the above named by addressed as aforesaid and placing same in the U.S. Mail, postage prepaid on the 23RD day of November, 2009, before the hour of 5:00 p.m. at Sycamore, IL 60178.

*/s/    Vicki Maurer*

Subscribed and sworn to before me
this 23RD day of November, 2009.

  */s/    Bradley J. Waller*
Notary Public

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis LLC
2045 Aberdeen Court
Sycamore, IL 60178
(815) 748-0380