# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: KENT, MICHELLE R. | § Case No. 07-71190 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/11/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2009     By: /s/BRADLEY J. WALLER
                                Trustee, Bradley J. Waller

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KENT, MICHELLE R.       § Case No. 07-71190
                               §
                               §
                               §
Debtor(s)                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 12,042.03 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 12,042.03 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,954.20 | $ 71.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                  *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,050.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Capital Recovery One | $ 832.67 | $ 832.67 |
| 2 | World Financial Network National Bank | $ 217.90 | $ 217.90 |

Tardily filed claims of general (unsecured) creditors totaling $ 13,369.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 67.1 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                  *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| __3__ | LVNV Funding LLC its successors and assigns as | $ __13,369.15__ | $ __8,966.26__ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                       Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL  60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1             Date Rcvd: Nov 20, 2009
Case: 07-71190                Form ID: pdf006             Total Noticed: 23
```

The following entities were noticed by first class mail on Nov 22, 2009.
```
db           +Michelle R. Kent,    511 8th Avenue,    Sterling, IL 61081-3828
aty          +Mark Zaleski,    Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
               Freeport, IL 61032-4360
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
11367400      AT&T Universal Card,    PO Box 688908,    Des Moines, IA 50368-8908
11367398      Amcore Bank N.A.,    507 7th Street,    PO Box 1537,    Rockford, IL 61110-0037
11367399      Amcore Bank NA, Rockford,    PO Box 358,    Beloit, WI 53512-0358
11367402      Bank of America,    PO Box 5270,    Carol Stream, IL 60197-5270
11367401      Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11367403      Bergner's,    PO Box 17633,    Baltimore, MD 21297-1633
11367404      Buckle,    World Financial Network Nat. Bank,    PO Box 659704,    San Antonio, TX 78265-9704
11367405     +Capital One,    Bankruptcy Department,    PO Box 5155,    Norcross, GA 30091-5155
11367406     +Capital One Bank,    PO Box 60024,    City Of Industry, CA 91716-0024
11367407     +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
11367408      Client Services, Inc. / CitiCards,    PO Box 1503,    Saint Peters, MO 63376-0027
11367409      GMAC Mortgage Corporation,    PO Box 9001719,    Louisville, KY 40290-1719
11367411     +Richard Hefty,    Milledgeville, IL 61051
11367412      US Cellular,    Rock Falls, IL 61071
11501705      World Financial Network National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,
               Seattle, WA 98124-3978
```
The following entities were noticed by electronic transmission on Nov 20, 2009.
```
12391852     +E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18     Capital Recovery One,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
11367410      E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2009 04:10:18     JC Penney,    PO Box 960001,
               Orlando, FL 32896-0001
12071989      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12389471      E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11490552     +E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**                              **Signature:** *Joseph Speetjens*