# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: KENT, MICHELLE R. | § | Case No. 07-71190 |
| | § | |
| HEFTY, MICHELLE R. | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,850.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $10,016.83 | Claims Discharged Without Payment: $4,402.89 |
| Total Expenses of Administration: $2,025.20 | |

3) Total gross receipts of $ 12,042.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,042.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,025.20 | 2,025.20 | 2,025.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 14,419.72 | 14,419.72 | 10,016.83 |
| **TOTAL DISBURSEMENTS** | $0.00 | $16,444.92 | $16,444.92 | $12,042.03 |

    4) This case was originally filed under Chapter 7 on May 16, 2007.
. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2010      By: /s/BRADLEY J. WALLER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 12,000.00 |
| Interest Income | 1270-000 | 42.03 |
| **TOTAL GROSS RECEIPTS** | | **$12,042.03** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,954.20 | 1,954.20 | 1,954.20 |
| BRADLEY J. WALLER | 2200-000 | N/A | 71.00 | 71.00 | 71.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,025.20 | 2,025.20 | 2,025.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery One | 7100-000 | N/A | 832.67 | 832.67 | 832.67 |
| World Financial Network National Bank | 7100-000 | N/A | 217.90 | 217.90 | 217.90 |
| LVNV Funding LLC its successors and assigns as | 7200-000 | N/A | 13,369.15 | 13,369.15 | 8,966.26 |

**UST Form 101-7-TDR (9/1/2009)**

| TOTAL GENERAL UNSECURED CLAIMS | 0.00 | 14,419.72 | 14,419.72 | 10,016.83 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-71190  
Case Name: KENT, MICHELLE R.

Trustee: (330501) BRADLEY J. WALLER  
Filed (f) or Converted (c): 05/16/07 (f)  
§341(a) Meeting Date: 07/13/07

Period Ending: 03/31/10

Claims Bar Date: 10/17/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 80,000.00 | 12,000.00 | | 12,000.00 | FA |
| 2 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNT | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS, PICTURES, VIDEOS, ETC. | 750.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | MISC CRAFTING MATERIALS | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | TERM LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2000 HONDA ACCORD | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | DOG | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | MISC HOUSEHOLD TOOLS & IMPLEMENTS | 150.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 42.03 | FA |
| 13 | Assets　Totals (Excluding unknown values) | $90,850.00 | $12,000.00 | | $12,042.03 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):　December 31, 2008　　　Current Projected Date Of Final Report (TFR):　November 19, 2009 (Actual)

Printed: 03/31/2010 03:15 PM　V.11.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-71190 | | Trustee: | BRADLEY J. WALLER (330501) |
| --- | --- | --- | --- | --- |
| Case Name: | KENT, MICHELLE R. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*73-65 - Money Market Account |
| Taxpayer ID #: | 13-7579247 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/31/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/18/07 | {1} | Janice Sucher | Per court order of 10/17/2007 Compromising Estate's Right, Title and Interest in Debtor's Principal Residence. | 1110-000 | 12,000.00 | | 12,000.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.13 | | 12,002.13 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.24 | | 12,008.37 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.11 | | 12,014.48 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.49 | | 12,019.97 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.46 | | 12,022.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.23 | | 12,024.66 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.67 | | 12,026.33 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.50 | | 12,027.83 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.52 | | 12,029.35 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.52 | | 12,030.87 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 12,032.30 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.57 | | 12,033.87 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.31 | | 12,035.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.94 | | 12,036.12 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 12,036.97 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,037.46 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 12,037.91 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,038.43 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,038.92 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,039.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,039.91 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,040.41 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,040.91 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,041.40 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,041.89 |
| 11/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 12,042.03 |
| 11/09/09 | | To Account #\*\*\*\*\*\*\*\*7366 | | 9999-000 | | 12,042.03 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,042.03 | 12,042.03 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,042.03 | |
| | | | Subtotal | | 12,042.03 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,042.03 | $0.00 | |

{} Asset reference(s)

Printed: 03/31/2010 03:15 PM    V.11.54

Case 07-71190   Doc 36   Filed 05/06/10   Entered 05/06/10 16:05:21   Desc Main
Document      Page 8 of 8
Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-71190 | | Trustee: | BRADLEY J. WALLER (330501) |
| --- | --- | --- | --- | --- |
| Case Name: | KENT, MICHELLE R. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****73-66 - Checking Account |
| Taxpayer ID #: | 13-7579247 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/31/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/09/09 | | From Account #********7365 | | 9999-000 | 12,042.03 | | 12,042.03 |
| 01/06/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,954.20, Trustee Compensation; Reference: | 2100-000 | | 1,954.20 | 10,087.83 |
| 01/06/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $71.00, Trustee Expenses; Reference: | 2200-000 | | 71.00 | 10,016.83 |
| 01/06/10 | 103 | Capital Recovery One | Dividend paid 100.00% on $832.67; Claim# 1; Filed: $832.67; Reference: | 7100-000 | | 832.67 | 9,184.16 |
| 01/06/10 | 104 | World Financial Network National Bank | Dividend paid 100.00% on $217.90; Claim# 2; Filed: $217.90; Reference: | 7100-000 | | 217.90 | 8,966.26 |
| 01/06/10 | 105 | LVNV Funding LLC its successors and assigns as | Dividend paid  67.06% on $13,369.15; Claim# 3; Filed: $13,369.15; Reference: | 7200-000 | | 8,966.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,042.03 | 12,042.03 | $0.00 |
| | | | Less: Bank Transfers | | 12,042.03 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,042.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $12,042.03 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # ***-*****73-65 | 12,042.03 | 0.00 | 0.00 |
| Checking # ***-*****73-66 | 0.00 | 12,042.03 | 0.00 |
| | $12,042.03 | $12,042.03 | $0.00 |